**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MALINKA TACUMA WADE MOYE,

Plaintiff,

v. No. 2:26-cv-02508-KRS

FNU LNU,

Defendant.

**ORDER TO CURE DEFICIENCY**

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint for a Civil Case, Doc. 2, filed July 27, 2026.[1]

Federal law requires that the Clerk of Court "require the parties instituting any civil action, suit or proceeding in such court ... to pay a filing fee of $350 ... [and] such additional fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. §§ 1914(a, b).[2] The Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).

---

1 Plaintiff originally filed his Complaint in *Moye v. LNU*, No. 1:26-mc-00020-SMD, which is a miscellaneous case. United States District Judge Sarah M. Davenport ordered the Clerk to open a new civil case and to file the Complaint in the new civil case because a miscellaneous case is an administrative matter and is not properly considered a civil case. *See* Doc. 11, filed July 29, 2026, in *Moye v. LNU*, No. 1:26-mc-00020-SMD.

2 The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $55.00 administrative fee.

Plaintiff has not paid the $405.00 fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). The Court orders Plaintiff to either pay the fee or file an Application.

**IT IS ORDERED** that:

(i) Plaintiff shall, within 21 days of entry of this Order, either pay the $405.00 fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Failure to timely pay the $405.00 fee or file a Long Form Application, *and* follow all instructions in the Long Form Application, may result in dismissal of this case.

(ii) The Clerk shall send to Plaintiff, together with a copy of this Order, an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

IT IS SO ORDERED this 3rd day of August, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE