**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MALINKA TACUMA WADE MOYE,

Plaintiff,

v. No. 2:26-cv-02508-SMD-KRS

FNU LNU,

Defendants.

**ORDER DENYING SECOND MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, who is proceeding *pro se*, filed a motion for an emergency temporary restraining order against some individuals regarding an allegedly fraudulently-obtained property in San Francisco, California. *See* Plaintiff's Declaration Requesting Emergency TRO, Doc. 8, filed August 13, 2026 ("First Motion").

The Court denied Plaintiff's First Motion for a temporary restraining order because Plaintiff did not comply with Rule 65's requirement that Plaintiff certify in writing any efforts he made to give the adverse parties notice of his motion for a temporary restraining order and setting forth any reasons why notice should not be required. *See* Order Denying Motion for Temporary Restraining Order, Doc. 10, filed August 17, 2026 ("Order Denying First Motion").

The same day the Court entered its Order denying Plaintiff's First Motion for a temporary restraining order, the Court received from Plaintiff a Second Motion for a temporary restraining order which, except for some differences between the attached exhibits, is identical to the First Motion. *See* Plaintiff's Declaration Requesting Emergency TRO, Doc. 8, filed August 13, 2026 ("Second Motion") (dated August 10, 2026, which is the same date as the First Motion). Plaintiff mailed his First Motion to the Court on August 10, 2026, and his Second Motion on August 11,

2026, before the Court entered its Order denying the original Motion. *See* First Motion at 5; Second Motion at 6.

The Court denies Plaintiff's Second Motion for a temporary restraining order for the same reason it denied Plaintiff's First Motion, i.e. Plaintiff's failure to provide the required written certification. *See* Fed. R. Civ. P. 65(b)(1) ("The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if . . . the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required").

The Court reminds Plaintiff about his obligation to comply with Court Orders and the Federal and Local Rules of Civil Procedure. *See* Order Denying First Motion at 2 (notifying Plaintiff about his obligation to comply with Court Orders and the Federal and Local Rules of Civil Procedure).

**IT IS ORDERED** that Plaintiff's Second Declaration Requesting Emergency TRO, Doc. 11, filed August 17, 2026, is **DENIED.**

**UNITED STATES DISTRICT JUDGE**