**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MALINKA TACUMA WADE MOYE,

Plaintiff,

v. No. 2:26-cv-02508-SMD-KRS

FNU LNU,

Defendants.

**ORDER TO SHOW CAUSE**

The Court ordered *pro se* Plaintiff to *either* pay the $405.00 fee for instituting an action *or* file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). *See* Order to Cure Deficiency, Doc. 4, filed August 3, 2026.

Plaintiff paid the $405.00 fee on August 7, 2026. *See* Doc. 5. Plaintiff *also* filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) *and* an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). *See* Short Form Application, Doc. 6, filed August 7, 2026; Long Form Application, Doc. 12, filed August 17, 2026.

Plaintiff did not comply with the Court's Order that Plaintiff must "follow all instructions in the Long Form Application." *See* Order to Cure Deficiency at 2. The Long Form Application instructs applicants to estimate the average monthly expense amounts. *See* Long Form Application at 4. For several of the expenses, Plaintiff did not enter an amount. Instead, he entered "Property illegally occupied," "EBT," "same clothes," "medical," "car stuck" and "TBA." Long Form Application at 4.

The Court orders Plaintiff to show cause why the Court should not deny his Short Form Application and his Long Form Application based on Plaintiff's payment of the $405.00 fee and Plaintiff's failure to follow the instructions in the Long Form Application. If Plaintiff asserts the Court should not deny his Short Form and Long Form Applications, Plaintiff must file an amended Long Form Application *and* follow all instructions in the Long Form Application.

**IT IS ORDERED** that Plaintiff shall, within 21 days of entry of this Order: (i) show cause why the Court should not deny his Short Form and Long Form Applications to Proceed in District Court Without Prepaying Fees or Costs; and (ii) file an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Failure to timely show cause and file an amended Long Form Application *and* follow all instructions in the Long Form Application may result in denial of Plaintiff's Short Form and Long Form Applications.

IT IS SO ORDERED this 17th day of September, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE